UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICIA LORENZ, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> M. SHEPARD, *et al.*, <br><br> Defendants. | Case No. 1:23-cv-00604-JLT-EPG <br><br> ORDER FOR PLAINTIFFS TO SUBMIT APPLICATION TO PROCEED *IN FORMA PAUPERIS* OR PAY FILING FEE WITHIN FORTY-FIVE DAYS |

Plaintiffs are proceeding *pro se* in this civil action. (*See* ECF No. 1.) Plaintiffs have not paid the $402.00 filing fee or submitted an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is respectfully directed to send Plaintiffs an application to proceed *in forma pauperis* (Form – AO 240).
2. Within forty-five (45) days of the date of service of this order, Plaintiffs shall submit the attached application to proceed *in forma pauperis*, completed and signed, or in the alternative, pay the $402.00 filing fee for this action. No requests for extension will be granted without a showing of good cause.

\\\
\\\
\\\
\\\
\\\

1

<u>Failure to comply with this order will result in dismissal of this action.</u>

IT IS SO ORDERED.

    Dated:   **April 20, 2023**              /s/ Erica P. Grosjean
                                                                   UNITED STATES MAGISTRATE JUDGE