UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| ALICIA LORENZ, *et al.*, | Case No.: 1:23-cv-00604-JLT-EPG |
|---|---|
| Plaintiff, | ORDER GRANTING PLAINTIFFS' APPLICATIONS TO PROCEED *IN FORMA PAUPERIS* |
| v. | |
| M. SHEPARD, *et al.*, | (ECF Nos. 3,4). |
| Defendants. | |

Plaintiffs Alicia Lorenz and Patrick Lorenz proceed *pro se* in this action and have requested leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (ECF Nos. 3 & 4). Plaintiffs have made the requisite showing required by § 1915(a). Accordingly, Plaintiffs' applications to proceed *in forma pauperis* (ECF Nos. 3 &4) are granted.[1]

IT IS SO ORDERED.

Dated: **May 8, 2023**　　　　　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

---

[1] The Court notes that, because Plaintiffs proceed *in forma pauperis*, Plaintiffs' complaint is subject to screening before the Court authorizes the Clerk of the Court to issue summons. *See* 28 U.S.C. § 1915; *see also O'Neal v. Price*, 531 F.3d 1146, 1151 (9th Cir. 2008) ("After a prisoner applies for *in forma pauperis* status and lodges a complaint with the district court, the district court screens the complaint and determines whether it contains cognizable claims. If not, the district court must dismiss the complaint."); *Lopez v. Smith*, 203 F.3d 1122, 1129 (9th Cir. 2000) (noting that "section 1915(e) applies to all *in forma pauperis* complaints, not just those filed by prisoners"); *Preciado v. Salas*, No. 1:13-cv-0390-LJO-BAM, 2014 WL 127710, at *1 (E.D. Cal. Jan. 14, 2014) ("The Court is required to screen complaints brought by plaintiffs proceeding *pro se* and *in forma pauperis*."). Accordingly, the Court will screen Plaintiffs' complaint in due course.